**Acknowledged**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION**

TWP

February 19, 2025

| | |
|---|---|
| Sheila Smith, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>Tru Life Real Estate, Inc.,<br><br>                Defendant. | CASE NO. 4:24-cv-00149-TWP-KMB |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Sheila Smith hereby dismisses this action with prejudice, with each party to bear their own costs, expenses, and attorneys' fees. The parties respectfully request that this case be terminated and closed.

Date: February 18, 2025.

                                              */s/ Alex D. Kruzyk*
                                              Alex D. Kruzyk
                                              **PARDELL, KRUZYK & GIRIBALDO, PLLC**
                                              7500 Rialto Blvd. Suite 1-250
                                              Austin, Texas 78735
                                              Tele: (561) 726-8444
                                              akruzyk@pkglegal.com

                                              *Counsel for Plaintiff*


                                              */s/ Jordan M. White*
                                              Jordan M. White
                                              WHITE & ELDEMIRE, PLLC
                                              200 Whittington Parkway, Suite 204A
                                              Louisville, KY  40222
                                              Tel.: 502.576.9933
                                              E-mail:  jordan@we-firm.com

                                              *Counsel for Defendant Tru Life Real Estate, Inc.*

1